IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DARNELL L. RUSSELL, | |
| Petitioner, | 8:19CV213 |
| vs. | |
| SCOTT FRAKES, Director of Nebraska Department of Correctional Services; and MICHELLE CAPPS, Warden of Nebraska State Penitentiary, Lincoln, Nebraska; | ORDER |
| Respondents. | |

On this date, the court entered a progression order progressing this case to final resolution. ([Filing No. 4](#).) The court inadvertently listed the incorrect date for the Respondents' deadline to file an answer and separate brief. Accordingly,

IT IS ORDERED that:

1. The clerk's office is directed to terminate the pro se case management deadline of January 13, 2019.

2. The clerk's office is directed to set a pro se case management deadline in this case using the following text: **January 13, 2020**: check for Respondents' answer and separate brief.

Dated this 28th day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge