IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DARNELL L. RUSSELL,<br><br>           Petitioner,<br><br>vs.<br><br>SCOTT FRAKES, Director of Nebraska Department of Correctional Services; and MICHELLE CAPPS, Warden of Nebraska State Penitentiary, Lincoln, Nebraska;<br><br>           Respondents. | 8:19CV213<br><br>MEMORANDUM AND ORDER |

      This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. (Filing 24.) Petitioner filed a Notice of Appeal (filing 19) on June 1, 2020. Petitioner appeals from the court's Memorandum and Order and Judgment dated April 27, 2020. (Filings 16 & 17.) Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the court finds Petitioner is entitled to proceed in forma pauperis on appeal.

      IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis (filing 24) is granted.

      Dated this 6th day of July, 2020.

                                                BY THE COURT:

                                                *Richard G. Kopf*
                                                Richard G. Kopf
                                                Senior United States District Judge